# In the United States District Court for the Southern District of Georgia Waycross Division

DR. SHERILONDA GREEN,

    Plaintiff,

v.

CHARLTON COUNTY SCHOOL DISTRICT, et al.,

    Defendants.

CV 5:22-053

## ORDER

The undersigned hereby recuses herself from handling this case. The matter is hereby transferred to Chief Judge J. Randal Hall for further disposition.

**SO ORDERED**, this 21 day of October, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA