AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DR. SHERILONDA GREEN,

Plaintiff,

v.

CHARLTON COUNTY SCHOOL DISTRICT, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 522-053

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated September 19, 2024, the Defendants' Motion to Dismiss Plaintiff's second amended complaint under the doctrine of res judicata is granted.

Plaintiff's second amended complaint is dismissed and this case stands closed.

September 25, 2024
Date

John E. Triplett, Acting Clerk
Clerk

*James R. Burrell*
(By) Deputy Clerk

GAS Rev 10/2020